UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTIAN M. KRIETER, JR.,

    Plaintiff,

Case No.:  8:10-cv-865-TBM

v.

WILKES SOLUTIONS, INC.,

    Defendant.
_____/

## NOTICE OF FILING AFFIDAVIT

PLEASE TAKE NOTICE that Plaintiff, Christian M. Krieter, hereby files the attached Affidavit of Compliance with Service Requirement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30th, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and via regular U.S. Mail to: Defendant, Wilkes Solutions, Inc., c/o Registered Agent, Wesley Chan Wilkes, 2349 Habersham Drive, SW, Marietta, GA 30064.

_____
RONALD W. FRALEY
FLORIDA BAR NO.: 0747025
THE FRALEY LAW FIRM, P.A.
rfraley@fraleylawfirm.com
2525 Park City Way
Tampa, FL  33609
(813) 229-8300 - Telephone
(813) 871-1495 - Facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTIAN M. KRIETER, JR.,

      Plaintiff,

                                       Case No.:  8:10-cv-865-TBM

v.

WILKES SOLUTIONS, INC.,

      Defendant.
_____/

## AFFIDAVIT OF COMPLIANCE WITH SERVICE REQUIREMENT

The undersigned, counsel of record for Christian M. Krieter, hereby affirms that I am admitted to practice before this Court and that on August 9, 2010, I caused a true and complete copy of the Summons and Complaint in this matter to be served on the Secretary of State for the State of Florida as agent for Defendant by depositing a copy of same in a sealed, postage paid envelope via U.S. Certified Mail, Return Receipt addressed to:

Secretary of State
Florida Department of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, FL  32399-0250

and with a copy of the notice of service and process having been served via registered mail upon Defendant on August 26, 2010 addressed to:

 Defendant, Wilkes Solutions, Inc.
c/o Registered Agent,
  Wesley Chan Wilkes
2349 Habersham Drive, SW
Marietta, GA  30064

A true and correct copy of the return receipt served upon Defendant is attached hereto as Exhibit "A"

This Affidavit is submitted in compliance with Fla. Stat. Sections 48.181 and 48.161.

FURTHER AFFIANT SAYETH NOT.

_____
Ronald W. Fraley

Sworn to and subscribed before me this 30th day of August, 2010, by Ronald W. Fraley, who is personally known to me.

_____
Notary Public, State of Florida

Notary Public State of Florida
Patti L Huret
My Commission DD763795
Expires 11/16/2010

2

## Return Receipt 1

**Sender:** The Fraley Firm, P.A., 2525 Park City Way, Tampa, FL 33609

UNITED STATES POSTAL SERVICE — First-Class Mail, Postage & Fees Paid, USPS, Permit No. G-10

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): [illegible]
- B. Date of Delivery: AUG 09 2010
- C. Signature: X — DEPT OF STATE (Agent / Addressee)
- D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
   Secretary of State
   Florida Dept. of State
   R.A. Gray Building
   500 S. Bronough Street
   Tallahassee, FL 32399-0250

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 2150 0001 9124 4581

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-99-M-1789

---

## Return Receipt 2

**Sender:** The Fraley Firm, P.A., 2525 Park City Way, Tampa, FL 33609

UNITED STATES POSTAL SERVICE — First-Class Mail, Postage & Fees Paid, USPS, Permit No. G-10

**EXHIBIT A**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): [signature]
- B. Date of Delivery: 8/20/10
- C. Signature: X [signature] (☐ Agent ☐ Addressee)
- D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
   Wilkes Solutions, Inc.
   c/o R/A Wesley C. Wilkes
   3349 Habersham Drive SW
   Marietta, GA 30064

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 2150 0001 9124 4703

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-99-M-1789